>                                     Application Granted
>                                     SO ORDERED
>                                     Brooklyn, New York
>                                     Dated: _____, 2010
>
>                                     /s/ Eric N. Vitaliano
>                                     **Eric N. Vitaliano**
>                                     **United States District Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- X

| | |
|---|---|
| LESLIE MARKOWSKI ET AL. | : Civil Action No. CV 06 2154 |
| Plaintiffs, | : (ENV) |
| v. | : **STIPULATION** |
|  | **DISMISSING ACTION** |
| THE ABBOTT LABORATORIES, et al., | : **WITH PREJUDICE** |
| Defendants. | : |

------------------------------------------------- X

Whereas, no party hereto is an infant or incompetent person for whom a committee has been appointed;

Whereas, no person not a party has an interest in the subject matter of the action;

Whereas, plaintiff Leslie Markowski and defendant SmithKline Beecham Corp. (n/k/a "GlaxoSmithKline" but referred to herein as "SmithKline Beecham Corp.")(sued incorrectly herein as "S.E. Massengill n/k/a SmithKline Beecham Corp.") have agreed to settle this action with prejudice and without costs;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Leslie Markowski and for defendant SmithKline Beecham Corp. that the above-entitled action will be dismissed with prejudice as to defendant SmithKline Beecham Corp. and without costs or sanctions against any party.

The Stipulation may be filed without further notice with the Clerk of the Court.

Law Offices of Sybil Shainwald
200 West 57th Street Suite 402
New York, New York 10019

DAY PITNEY LLP
200 Campus Drive
Florham Park, New Jersey 07932
(973) 966-6300

By: *[signature]*
Sybil Shainwald
Attorney for Plaintiff

By: *[signature]*
JOHN C. MALONEY, JR.
Attorney for Defendant
SmithKline Beecham Corp.
(n/k/a "GlaxoSmithKline" but sued incorrectly herein as "S.E. Massengill Company, n/k/a SmithKline Beecham Corp.")

Dated: February 5, 2010 ~~November~~ ~~, 2009~~

Dated: February 5, 2010 ~~November~~ ~~, 2009~~